Certificate Number: 15317-PAM-DE-031307476

Bankruptcy Case Number: 18-01578



15317-PAM-DE-031307476

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 11, 2018, at 1:34 o'clock PM PDT, Sherri Williams completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 11, 2018

By: /s/Eric Reyes

Name: Eric Reyes

Title: Certified Counselor